UNITED STATES DISTRICT COUT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**
AUG 2 7 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **4:25CR442 AGF/SRW** |
| DEMETRIUS COMBS, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 17, 2023, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the defendant herein, did knowingly and intentionally distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about August 1, 2023, in the St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the defendant herein, did knowingly and intentionally distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about August 8, 2023, in the St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the defendant herein, did knowingly and intentionally distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about August 17, 2023, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of mixture or substance containing a detectable amount of fentanyl involved in the offense was in excess of four hundred (400) grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT FIVE

The Grand Jury further charges that:

On or about August 17, 2023, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the defendant herein, did knowingly and intentionally possess, with the intent to distribute, a

mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of mixture or substance containing a detectable amount of methamphetamine involved in the offense was in excess of five hundred (500) grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT SIX

The Grand Jury further charges that:

On or about August 17, 2023, in St. Louis County, within the Eastern District of Missouri,

**DEMETRIUS COMBS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute one or more controlled substances, as charged in Counts Four and Five.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2.  If any of the property described above, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
J. CHRISTIAN GOEKE #39462(MO)
Assistant United States Attorney